UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN PALOMO, | ) | Case No. CV 20-8969 FMO (AGRx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| BEST BUY CO., INC., et al., | ) | |
| Defendants. | ) | |

Pursuant to 9 U.S.C. § 13 and the Court's Order Re: Pending Motions, issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED that judgment is entered in favor of defendants Best Buy Stores, L.P., Damien Pada, Fadi Ammouri, Jeremy Abate, Ernest Colacion, Hakop Koushian, and Dino Lucido; and against plaintiff Jonathan Palomo. The arbitration award in <u>Jonathan Palomo v. Best Buy Stores, L.P.</u>, AAA Ref. No. 01-22-0001-0908 is hereby **confirmed**.  The above-captioned action is hereby dismissed with prejudice.

Dated this 12th day of February, 2024.

/s/
Fernando M. Olguin
United States District Judge